■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of FRED R. KINNARNEY, Respondent, v GENERAL ELECTRIC COMPANY, Petitioner.—Proceeding unanimously dismissed, without costs, upon stipulation. (Proceeding pursuant to Executive Law § 298.) Present—Dillon, P. J., Doerr, Boomer, Green and O'Donnell, JJ.

■ In the Matter of the Estate of ESTHER L. AMEELE, Deceased. (Appeal No. 1.)—Amended decree unanimously affirmed, without costs. (Appeal from amended decree of Wayne County Surrogate's Court, Stiles, S.—judicial settlement.) Present—Dillon, P. J., Doerr, Boomer, Green and O'Donnell, JJ.